# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RUBEN P. PEREZ,

    Petitioner,

vs.

BRIAN WILLIAMS, SR., et al.,

    Respondents.

Case No. 2:16-cv-00830-RFB-GWF

**ORDER**

    Petitioner having filed a motion for extension of time (first request) (ECF No. 7), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion for extension of time (first request) (ECF No. 7) is **GRANTED**. Petitioner will have through December 12, 2016, to file and serve an amended petition for a writ of habeas corpus.

    DATED: September 14, 2016.

                                                   RICHARD F. BOULWARE, II
                                                   United States District Judge