# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RUBEN P. PEREZ,

    Petitioner,

vs.

BRIAN WILLIAMS, SR., et al.,

    Respondents.

Case No. 2:16-cv-00830-RFB-GWF

**ORDER**

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 10), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 10) is **GRANTED**. Petitioner will have through February 10, 2017, to file and serve an amended petition for a writ of habeas corpus.

DATED: December 16, 2016.

                                                  RICHARD F. BOULWARE, II
                                                United States District Judge