# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RUBEN P. PEREZ,

     Petitioner,

vs.

BRIAN WILLIAMS, SR., et al.,

     Respondents.

Case No. 2:16-cv-00830-RFB-GWF

**ORDER**

     Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 24), and good cause appearing;

     IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 24) is **GRANTED**. Respondents will have through February 12, 2018, to file and serve an answer or other response to the amended petition for a writ of habeas corpus (ECF No. 12).

     DATED: December 28, 2017.

 

RICHARD F. BOULWARE, II
United States District Judge