RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JEREMY C. BARON
Assistant Federal Public Defender
District of Columbia Bar No. 1021801
411 E. Bonneville Ave. Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-6419 (fax)
jeremy_baron@fd.org

Attorneys for Petitioner Ruben P. Perez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUBEN P. PEREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JO GENTRY, et al.,<br><br>　　　　Respondents. | Case No. 2:16-cv-00830-RFB-GWF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE OPPOSITION TO THE RESPONDENTS' MOTION TO DISMISS**<br><br>**(Second Request)** |

　　　　Petitioner Ruben P. Perez respectfully moves this Court for an extension of time of sixty (60) days, from April 27, 2018, to and including June 26, 2018, in which to file an opposition to the respondents' motion to dismiss.

## POINTS AND AUTHORITIES

1. Mr. Perez filed a counseled amended petition for a writ of habeas corpus in this Court on February 10, 2017. ECF No. 12. The respondents filed a motion to dismiss on February 12, 2018. ECF No. 26. Mr. Perez's opposition to the motion to dismiss is due on April 27, 2018.

2. Undersigned counsel has been diligently working to prepare Mr. Perez's opposition to the respondents' motion to dismiss. However, counsel respectfully suggests that additional time is necessary in order to properly prepare the opposition.

3. Undersigned counsel requested on February 23, 2018, that counsel for the respondents turn over certain documents from the Nevada Department of Corrections with potential relevance to Mr. Perez's opposition. Counsel for the respondents agreed to do so but has not yet provided those documents.

4. Undersigned counsel spoke with Mr. Perez at length regarding the opposition on or about February 21, 2018. Additional conversations with Mr. Perez will likely prove necessary in order to properly prepare the opposition.

5. Undersigned counsel has had many professional obligations in recent weeks, including, among others, a reply brief filed on March 2, 2018, in *LaPena v. Grigas*, Case No. 15-16154 (9th Cir.); replies in support of motions for discovery and for an evidentiary hearing filed on March 9, 2018, in *Sawyer v. Baker*, Case No. 3:16-cv-00627-MMD-WGC (D. Nev.); an oral argument held on March 12, 2018, in *Gutierrez v. State*, Case No. 16-15704 (9th Cir.); a supplemental brief on procedural issues filed on March 14, 2018, in *Cortinas v. Gentry*, Case No. 3:10-cv-00439-LRH-RAM (D. Nev.); a reply in support of a petition filed on March 20, 2018, in *Gonzalez v. Williams*, Case No. 2:15-cv-00618-RFB-CWH (D. Nev.); an application for a certificate of appealability filed on March 27, 2018, in *Corzine v. Baker*, Case No. 18-15439 (9th Cir.); an opening brief filed on March 30, 2018, in *Banuelos v. Smith*, Case

2

No. 17-164889 (9th Cir.); an amended petition filed on April 2, 2018, in *Guzman v. Filson*, Case No. 3:17-cv-00515-HDM-VPC (D. Nev.); a reply in support of a petition for genetic marker analysis filed on April 23, 2018, and an opposition to a motion to dismiss filed on April 26, 2018, in *Castillo v. Baker*, Case No. CR05-0560 (Nev. Second Judicial Dist. Ct.); and a motion for stay and abeyance filed on April 26, 2018, in *Rosales v. Byrne*, Case No. 3:16-cv-00003-RCJ-WGC (D. Nev.).

6. Undersigned counsel has many additional professional obligations in the coming weeks, including, among others, a second amended petition due on April 30, 2018, in *Barragan v. Filson*, Case No. 3:17-cv-00453-LRH-VPC (D. Nev.); an amended petition due on April 30, 2018, in *Esquivel v. Williams*, Case No. 2:17-cv-02227-RFB-PAL (D. Nev.); an amended petition due on April 30, 2018, in *Elliott v. McDaniel*, Case No. 3:11-cv-00041-MMD-VPC (D. Nev.); an amended petition due on May 7, 2018, in *Delapinia v. Williams*, Case No. 2:17-cv-02376-MMD-CWH (D. Nev.); an amended petition due on May 19, 2018, in *Burch v. Baker*, Case No. 2:17-cv-00656-MMD-VCF (D. Nev.); an opening brief due on May 21, 2018, in *Mercado v. State*, Case No. 74513 (Nev. Sup. Ct.); and an amended petition due on May 30, 2018, in *Howard v. Wickham*, Case No. 3:16-cv-00665-HDM-VPC (D. Nev.).

7. Therefore, undersigned counsel seeks an additional sixty (60) days, up to and including June 26, 2018, in which to file the opposition to the respondents' motion to dismiss. This is undersigned counsel's second request for an extension of time in which to file Mr. Perez's opposition.

8. On April 26, 2018, undersigned counsel contacted Deputy Attorney General Natasha M. Gebrael and informed her of this request for an extension of time. As a matter of professional courtesy, Ms. Gebrael had no objection to the request. Ms. Gebrael's lack of objection should not be considered as a waiver of any

3

procedural defenses or statute of limitations challenges, or construed as agreeing with the accuracy of the representations in this motion.

9. This motion is not filed for the purpose of delay, but in the interests of justice, as well as in the interest of Mr. Perez. Counsel for Mr. Perez respectfully requests that this Court grant this motion and order Mr. Perez to file the opposition to the respondents' motion to dismiss no later than June 26, 2018.

DATED this 27th day of April, 2018.

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

*/s/Jeremy C. Baron*
JEREMY C. BARON
Assistant Federal Public Defender

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

Dated: April 30, 2018.

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on April 27, 2018, I electronically filed the foregoing with |
| 3 | the Clerk of the Court for the United States District Court, District of Nevada by |
| 4 | using the CM/ECF system. |
| 5 | Participants in the case who are registered CM/ECF users will be served by |
| 6 | the CM/ECF system and include: Natasha M. Gebrael. |
| 7 | I further certify that some of the participants in the case are not registered |
| 8 | CM/ECF users. I have mailed the foregoing by First-Class Mail, postage pre-paid, or |
| 9 | have dispatched it to a third party commercial carrier for delivery within three |
| 10 | calendar days, to the following non-CM/ECF participants: |

Ruben P. Perez
No. 61761
Southern Desert Correctional Center
PO Box 208
Indian Springs, NV 89070

*/s/ Jessica Pillsbury*
An Employee of the
Federal Public Defender