# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUBEN P. PEREZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN WILLIAMS, SR., et al.,<br><br>　　　　　Respondents. | Case No. 2:16-cv-00830-RFB-GWF<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (third request) (ECF No. 32), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (third request) (ECF No. 32) is GRANTED. Petitioner will have through August 10, 2018, to file and serve a response to the motion to dismiss (ECF No. 26).

DATED: June 27, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

1